IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-1865-AP**

**STEVEN J. HERNANDEZ,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

### ORDER

---

Kane, J.

This matter is belatedly before the Court on Defendant's Motion to Dismiss (doc.
#10), filed September 28, 2012.  I have reviewed the motion and the response thereto,
and find plaintiff's response to be accurate and his arguments persuasive. Defendant's
Motion to Dismiss is **DENIED**.  Defendant shall answer as soon as practicable, and
counsel shall confer regarding their Joint Case Management Plan with an eye toward
as short a briefing schedule as they can accommodate.

Dated this 6th day of February, 2013.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court