IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01865-AP

Steven J. Hernandez,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Teresa H. Abbott, Esq.
Law Office of Teresa Abbott, P.C.
3515 S. Tamarac Dr., Ste. 200
Denver, CO 80237
(303) 757-5000
abbott.teresa@gmail.com

For Defendant:

| | |
|---|---|
| John F. Walsh<br>United States Attorney<br><br>J. Benedict García<br>Assistant United States Attorney | Michael A. Thomas<br>Special Assistant United States Attorney<br>Social Security Administration<br>Office of the General Counsel, Region VIII<br>1001 17th St.<br>Denver, CO 80202<br>(303) 844-1190<br>Michael.A.Thomas@ssa.gov |

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.   **DATES OF FILING OF RELEVANT PLEADINGS**

    A.   Date Complaint Was Filed: July 18, 2012

    B.   Date Complaint Was Served on U.S. Attorney's Office: July 30, 2012

    C.   Date Answer and Administrative Record Were Filed: June 11, 2013

4.   **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Upon information and belief, the Plaintiff believes the record is complete and accurate except as discussed in Paragraph 5 below.

Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.

5.   **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff states that he anticipates filing a MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND/OR FOR REMAND FOR CONSIDERATION OF NEW AND MATERIAL EVIDENCE UNDER SENTENCE SIX AND/OR FOR REMAND FOR PAYMENT OF BENEFITS UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) pertaining to the following documents and evidence presented to the Appeals Council on or after February 7, 2013, prior to the filing of Defendant's Answer and Administrative Record in this civil action:

> Fully Favorable decision dated October 10, 2012, finding Plaintiff disabled within the meaning of the Social Security Act beginning July 23, 2010; the evidence upon which the decision was based, including the testimony of Medical Expert Robert Pelc, Ph.D, contained in the October 5, 2012 administrative hearing transcript; and, the evidence underlying Dr. Pelc's opinion.

Defendant does not intend to submit additional evidence, but reserves the right to oppose any MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND/OR FOR REMAND FOR CONSIDERATION OF NEW AND MATERIAL EVIDENCE UNDER SENTENCE SIX AND/OR FOR REMAND FOR PAYMENT OF BENEFITS UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) Plaintiff may file.

6.   **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.   **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court except as stated in paragraphs 4 and 5, above.

**8.     BRIEFING SCHEDULE**

Due to Defendant's counsel's caseload and schedule, as well as Plaintiff's counsel's schedule, the parties request a briefing schedule outside the standard time frame.

    **A.     Plaintiff's Opening Brief Due: August 27, 2013**

    **B.     Defendant's Response Brief Due: September 26, 2013**

    **C.     Plaintiff's Reply Brief (If Any) Due: October 11, 2013**

9.     **STATEMENTS REGARDING ORAL ARGUMENT**

    A.     **Plaintiff's Statement:** Plaintiff requests oral argument.

    B.     **Defendant's Statement:** Defendant does not request oral argument.

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*[The parties should state whether they intend to consent to the exercise of jurisdiction by a magistrate judge in accordance with D.C.COLO.LCivR 72.2. Pursuant to this Rule, all full-time magistrate judges in the District of Colorado are specially designated under 28 U.S.C. § 636(c)(1) to conduct any or all proceedings in any jury or nonjury civil matter and order the entry of judgment. If all parties consent to the exercise of jurisdiction by a magistrate judge under D.C.COLO.LCivR 72.2, they must file a completed "notice of Availability . . . and Consent to Exercise Jurisdiction" form, which Plaintiff should have received from the clerk upon filing, NO LATER THAN 40 days after the date of Defendant's Answer, or within 20 days of the filing of the proposed Plan. Upon consent of the parties and an order of reference from the district judge, jurisdiction over the ultimate disposition of this case will be assigned to the magistrate judge drawn at random under D.C.COLO.LCivR 72.2.]*

<u>***Indicate below the parties' consent choice***</u>.

    A.     **( )**     **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.     **( X )**     **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>26th</u> day of <u>June</u>, 20<u>13</u>.

                                        BY THE COURT:

                                        ***s/John L. Kane***
                                        U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| s/Teresa H. Abbott | /s/Michael A. Thomas |
| Teresa H. Abbott, Esq.<br>Law Office of Teresa Abbott, P.C.<br>3515 S. Tamarac Dr., Ste. 200<br>Denver, CO 80237<br>Telephone: (303) 757-5000<br>abbott.teresa@gmail.com<br><br>Attorney for Plaintiff | By: Michael A. Thomas<br>Special Assistant United States Attorney<br>Social Security Administration<br>Office of the General Counsel, Region VIII<br>1001 17th St.<br>Denver, CO 80202<br>Telephone: (303) 844-1190<br>Michael.A.Thomas@ssa.gov<br><br>Attorneys for the Defendant |