IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-1865-AP**

**STEVEN J. HERNANDEZ,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

---

### ORDER FOR ENTRY OF JUDGMENT

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion for Entry of Judgment (doc. #29), filed May 14, 2014.  The Motion is GRANTED.  Judgment shall enter in favor of Plaintiff pursuant to Fed. R. Civ. P. 58(b).

Dated this 14th day of May, 2014.

                                          BY THE COURT:

                                          ***s/John L. Kane***
                                          John L. Kane, Senior Judge
                                          United States District Court