**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01865-AP


STEVEN J. HERNANDEZ,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(b) and the Order entered

by Honorable John L. Kane, United States District Judge, on May 14, 2014,

IT IS ORDERED that the Defendant's Unopposed Motion for Entry of Judgment

(Doc. 29) is GRANTED.

IT IS FURTHER ORDERED that Judgment is entered in favor of the Plaintiff

pursuant to Fed. R. Civ. P. 58(b).

The plaintiff is **AWARDED** his costs, to be taxed by the Clerk of the Court

pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 upon the filing of a bill

of costs within 14 days of entry of judgment.

    Dated at Denver, Colorado this 14th day of May, 2014.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK


                        s/T.Lee

                        T.Lee
                        Deputy Clerk